UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA HIRSCHKORN, | Case No.  26-cv-00420-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| HILLSTONE RESTAURANT GROUP, INC., | |
| Defendant. | |

A case management conference was held on April 21, 2026.  Having considered the parties' proposals, *see* Dkt. No. 22, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 22, 2026 |
| Close of Fact Discovery | October 9, 2026 |
| Exchange of Opening Expert Reports | October 23, 2026 |
| Exchange of Rebuttal Expert Reports | November 6, 2026 |
| Close of Expert Discovery | November 20, 2027 |
| Dispositive Motion Hearing Deadline | January 7, 2027, at 2:00 p.m. |
| Pretrial Conference | April 6, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | April 19, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  5/7/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2