Paul R. Scheele SBN 236300
CURTIS LEGAL GROUP
A Professional Law Corporation
1300 K Street, Suite B
P.O. Box 3030
Modesto, CA 95353-3030
Telephone: (209) 521-1800
Facsimile: (209) 572-3501
E-mail: PScheele@CurtisLegalGroup.com

Attorneys for Plaintiff NEVA HIRSCHKORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEVA HIRSCHKORN, AN INDIVIDUAL<br><br>PLAINTIFF,<br><br>V.<br><br>HILLSTONE RESTAURANT GROUP, INC., ET AL.,<br><br>DEFENDANTS. | **CASE NO.: 4:26-cv-00420-HSG**<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>**HON. HAYWOOD S. GILLIAM, JR., U.S. DISTRICT COURT JUDGE**<br><br>**(Napa County Superior Court, Case No. 25CV00220)**<br><br>**Complaint Filed: October 22, 2025**<br>**Removal Date: January 15, 2026**<br>**Trial Date: April 19, 2027** |

**<u>STIPULATION</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff NEVA HIRSCHKORN and Defendant HILLSTONE RESTAURANT GROUP, INC., doing business as R+D KITCHEN, by and through their respective counsel, hereby stipulate as follows:

1. The parties have reached a settlement agreement resolving all claims, counterclaims, and causes of action in the above-entitled case.

2. This action be dismissed in its entirety, with prejudice, as to all parties.

3. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

DATED: August 14, 2026.

CURTIS LEGAL GROUP
A Professional Law Corporation

By: ______________________
Paul R. Scheele
Attorneys for Plaintiff
Neva Hirschkorn

DATED: August 14, 2026.

CUMMINS & WHITE, LLP

By: ______________________
Garrett M. Fahy
Attorneys for Defendant
Hillstone Restaurant Group, Inc., dba R+D Kitchen

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed with prejudice. All scheduled hearings and deadlines are vacated, and the Clerk of the Court shall close this case.

DATED: 8/17/2026

______________________
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE